NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1540

ALLAN BLOCK CORPORATION,

Plaintiff-Appellant,

v.

COUNTY MATERIALS CORPORATION,

Defendant.

Appeal from the United States District Court for the District of Minnesota in case no. 05-CV-2879, Judge Joan N. Ericksen.

ON MOTION

ORDER

Upon consideration of the appellant's motion for an extension of time, until March 9, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions of time should not be anticipated.

FOR THE COURT

DEC 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Darren B. Schwiebert, Esq.
Chad Drown, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK